**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6765**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HUGH LANDY STOVALL, a/k/a Hugh Landis Stovall,
a/k/a Landy, a/k/a Landy Bowers,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior
District Judge.  (CR-89-136, CA-97-415-2)

_____

Submitted:  July 22, 1998          Decided:  July 31, 1998

_____

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Hugh Landy Stovall, Appellant Pro Se.  Laura Marie Everhart, Assis-
tant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Hugh Landy Stovall seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) as barred by the one-year limitation period. Appellant's conviction became final in 1991, and he filed this motion on April 24, 1997. The limitation period expired on April 23, 1997. Thus, Appellant's motion was not timely filed in the district court. See Brown v. Angelone, ___ F.3d ___, No. 96-7173 slip op. at 10-11 (4th Cir. July 14, 1998). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid the decisional process.

DISMISSED